**SO ORDERED.**

**SIGNED this 25 day of March, 2024.**



*Austin E. Carter* (signature)

**Austin E. Carter**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | : |
| VERONICA S. EMANUEL | : **CHAPTER 13 CASE NO. 22-10109-AEC** |
| Debtor | : **Proceedings for Adjustment of Debts** |
| 117 Hand Ave. Apt. 316, | : |
| Pelham, GA 31779 | : **ORDER DIRECTED TO EMPLOYER** |
| Social Security No. XXX-XXX-2380 | : |

**ORDER**

After notice and hearing, a plan has been confirmed by the Court formulating periodic payments by the Debtor to the Trustee for adjustment of debts to be disbursed as requested by law; and

It appearing to the Court that in the best interest of efficient administration of the Debtor's estate, the Debtor's employer should deduct the sum proposed by the Debtor's plan from the disposable earnings of the Debtor and tender said sum to the Trustee as provided by Title 11 U.S.C. Section 1325 (c) of the Code; whereupon it is

**ORDERED** that the employer

Amazon.com Services LLC
Attn: Amazon Payroll
P.O. Box 80726
Seattle, WA 98108

and is directed to deduct the sum of **$430.00 monthly (or $215.00 semimonthly, $215.00 biweekly, or $107.50 weekly)** from the disposable earnings of the Debtor beginning the pay period following the date of this Order, and continuing each pay period thereafter as long as the Debtor is employed by said employer, or until further order of this Court, or until further notified by the Trustee that the deduction may be terminated, and shall transmit such funds withheld to the **Chapter 13 Trustee for the Middle District of GA, P. O. Box 116347, Atlanta, GA 30368-6347**, not later than the 10th day of each month following the month such funds are withheld. All checks should be made payable to **The Chapter 13 Trustee-COLS**.

**FURTHER ORDERED** that the employer shall not pay to the Debtor such stated sum due to the Trustee.

**FURTHER ORDERED** that the employer shall cease deduction for all garnishments pending against this Debtor.

**FURTHER ORDERED** that the employer may not deduct any sum for the Debtor's earnings for any expenses for administering this Order.

**FURTHER ORDERED** that if the employer objects to the entry of this Order, the employer may file a written objection with the United States Bankruptcy Court, P. O. Box 2147, Columbus, Georgia, 31902.

**FAIL NOT UNDER PENALTY AS PROVIDED FOR BY THE ACT OF CONGRESS RELATING TO BANKRUPTCY.**

**FURTHER ORDERED** that a copy of this Order be mailed to the employer, Debtor, counsel for Debtor and the Trustee.

END OF DOCUMENT

Prepared by
Greg A. Clark
Attorney for Debtor
State Bar No. 126953
P. O. Box 605
Albany, GA 31702
229/888-1105